IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD HAMPTON
ADC #150587                                                      PLAINTIFF

v.                         No. 4:21-cv-894-DPM

JOHN STALEY, Sheriff,
Lonoke County, and KRISTI
FLUD, Jail Administrator,
Lonoke County                                                    DEFENDANTS

## JUDGMENT

Hampton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021