IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD HAMPTON**
ADC #150587

PLAINTIFF

v. No. 4:21-cv-894-DPM

**JOHN STALEY**, Sheriff,
Lonoke County, and **KRISTI
FLUD**, Jail Administrator,
Lonoke County

DEFENDANTS

### ORDER

Hampton's motion to dismiss, *Doc. 6*, is denied as moot. The case was dismissed on 22 November 2021.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 December 2021